**[J-49A-2015, J-49B-2015 and J-49C-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : No. 2 EAP 2015 |
| | : |
| | : Appeal from the Judgment of Superior |
| | : Court entered on April 2, 2014 at No. |
| v. | : 2109 EDA 2012 (reargument denied |
| | : June 11, 2014) affirming the Judgment |
| | : entered on July 30, 2012 in the Court of |
| USI MID-ATLANTIC, INC. AND USI | : Common Pleas, Philadelphia County, |
| HOLDINGS CORPORATION AND | : Civil Division at No. 3444, July Term, |
| BRISTOL TOWNSHIP AND ZURICH | : 2006 and No. 1760, January Term, |
| AMERICAN INS. COMPANY | : 2008. |
| ------------------------------------------- | : |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : ARGUED:  September 9, 2015 |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| USI MID-ATLANTIC, INC. AND ROBERT | : |
| BROWN AND FREDA BATIPPS AND | : |
| LINDA MAGOVERN AND DOUGLAS | : |
| SCHROER AND LISA MCKERNAN AND | : |
| USI HOLDINGS CORPORATION AND | : |
| SUZANNE NEWSOME | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| BRISTOL TOWNSHIP | : |
| | : |
| | : |
| APPEAL OF: USI MID-ATLANTIC, INC., | : |
| USI HOLDINGS CORPORATION, | : |
| ROBERT BROWN, FREDA BATTIPS, | : |
| AND LINDA MAGOVERN | : |
| | : |
| | : |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : No. 3 EAP 2015 |
| | : |

| | |
|---|---|
| v. | : Appeal from the Judgment of Superior<br>: Court entered on April 2, 2014 at No.<br>: 1013 EDA 2012 (reargument denied<br>: June 11, 2014) affirming the Judgment<br>: entered on July 30, 2012 in the Court of |
| USI MID-ATLANTIC, INC. AND USI<br>HOLDINGS CORPORATION AND<br>BRISTOL TOWNSHIP AND ZURICH<br>AMERICAN INS. COMPANY | : Common Pleas, Philadelphia County,<br>: Civil Division at No. 3444, July Term,<br>: 2006 and No. 1760, January Term,<br>: 2008. |

USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY

-------------------------------------------------------

MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY

: ARGUED: September 9, 2015

v.

USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME

v.

BRISTOL TOWNSHIP

APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN

MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY

: No. 4 EAP 2015

v.

: Appeal from the Judgment of Superior
: Court entered on April 2, 2014 at No.
: 2334 EDA 2012 (reargument denied
: June 11, 2014) affirming the Judgment
: entered on July 30, 2012 in the Court of

USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND

: Common Pleas, Philadelphia County,
: Civil Division at No. 3444, July Term,

| BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY | : | 2006 and No. 1760, January Term, 2008. |
|---|---|---|
| ------------------------------------------------------- | : | |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | ARGUED:  September 9, 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME | : | |
| | : | |
| v. | : | |
| | : | |
| BRISTOL TOWNSHIP | : | |
| | : | |
| APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN | : | |

# ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of November 2015, the Uncontested Application for Discontinuance is **GRANTED**.